**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASMINE SOURBEER,** | : | **No. 1:26cv2119** |
| **Plaintiff,** | : | |
| | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE SALVATION ARMY; WILLIAM** | : | |
| **BALTAEFF,** | : | |
| **Defendants.** | : | |

**ORDER**

On August 25, 2026, plaintiff filed an affidavit of service demonstrating service had been made on Defendant William Baltaeff on August 18, 2026. (Doc. 5). Pursuant to the Federal Rules of Civil Procedure, Baltaeff was required to serve an answer "within 21 days after being served with a summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). To date, Baltaeff has not done so in this case and the deadline for an answer has passed. Id.

It is the responsibility of the plaintiff to prosecute an action. Thus, it is hereby **ORDERED** that:

(1) Plaintiff shall make an appropriate filing to further this action within fourteen days of the date of this order; and

(2) Failure to comply with this order may result in the dismissal of plaintiff's claims against Baltaeff for failure to prosecute and/or failure to comply with a court order.

**Date: September 10, 2026**

**BY THE COURT:**

**s/ Julia K. Munley**
**JUDGE JULIA K. MUNLEY**
**United States District Court**