**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASMINE SOURBEER | : |
| | : Civil Action No.: 1:26-cv-02119-JKM |
| Plaintiff, | : (Judge Julia K. Munley) |
| v. | : |
| THE SALVATION ARMY | : |
| and | : |
| WILLIAM BALTAEFF | : |
| Defendants. | : **JURY TRIAL DEMANDED** |

**ENRY OF DEFAULT**

Default is hereby **ENTERED** against Defendant William Baltaeff for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

By: /s/ [signature]

Date: 9/17/2026