**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASMINE SOURBEER,** **Plaintiff** | : | **No. 1:26cv2119** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **THE SALVATION ARMY; WILLIAM BALTAEFF,** **Defendants** | : | |

**ORDER**

On August 25, 2026, plaintiff filed an affidavit of service demonstrating service had been made on Defendant William Baltaeff on August 18, 2026. (Doc. 5). On September 16, 2026, plaintiff moved for entry of default against Baltaeff for failing to answer or otherwise respond to the complaint. (Doc. 7). On September 17, 2026, the Clerk of Court entered Baltaeff's default. (Doc. 8).

It is the responsibility of the plaintiff to prosecute an action. Thus, it is hereby **ORDERED** that:

(1) Plaintiff shall make an appropriate filing to further this action within fourteen days of the date of this order; and

(2) Failure to comply with this order may result in the dismissal of plaintiff's claims against Baltaeff for failure to prosecute and/or failure to comply with a court order.

Date: 10/14/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**