**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASMINE SOURBEER | : | |
| | : | Civil Action No.: 1:26-cv-02119-JKM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SALVATION ARMY | : | |
| *and* WILLIAM BALTAEFF | : | Judge Munley |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT WILLIAM BALTAEFF**

AND NOW comes Plaintiff, by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 55(b)(2), and requests that the Court enter a default judgment in favor of Plaintiff and against Defendant William Baltaeff and order a hearing to determine damages.

Respectfully submitted,

**MARZZACCO INJURY LAW**

By: */s/ Kendyl L. Swank*
Kendyl L. Swank, Esq.
945 East Park Drive, Suite 103
Harrisburg, PA 17111
(717) 231-1640
(717) 231-1650 (fax)
kswank@klnivenlaw.com
*Attorney for Plaintiff*

Dated: October 16, 2026

**CERTIFICATE OF SERVICE**

I, Kendyl L. Swank, Esquire, certify that on the date set forth below, I served the following Defendants with a true and accurate copy of this filing:

**William Baltaeff**
405 East Main Street, Apt. 1
Mechanicsburg, PA 17055
Via first-class and certified mail

**The Salvation Army**
Patricia A. Monahan, Esquire
**Marshall Dennehey, P.C.**
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
pamonahan@mdwcg.com
Attorney for Defendant
Via ECF notification

Dated: October 16, 2026 By: */s/ Kendyl L. Swank*
Kendyl L. Swank, Esq.