**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASMINE SOURBEER | : | |
| | : | Civil Action No.: 1:26-cv-02119-JKM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SALVATION ARMY | : | |
| *and* WILLIAM BALTAEFF | : | Judge Munley |
| Defendants. | : | |

**ORDER**

**AND NOW,** this ________ day of ________________, 2026, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant William Baltaeff is **GRANTED**. Judgment is entered in favor of Plaintiff Jasmine Sourbeer and against Defendant William Baltaeff, with a hearing to be held to determine damages.

**BY THE COURT:**

________________________________

The Honorable Julia K. Munley

Date: ________________